# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 12, 2021

Lyle W. Cayce
Clerk

No. 19-40522

United States of America,

*Plaintiff—Appellee*,

*versus*

Michael Dwight Raven,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:95-CR-10-1

Before Haynes, Graves, and Willett, *Circuit Judges*.

Per Curiam:*

Michael Dwight Raven, federal prisoner # 46219-079, appealed the district court's denial of his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c) and the First Step Act of 2018. We entered a limited remand for the purpose of having the district court clarify its ruling as to what statutes it considered and whether it concluded it lacked authority or whether

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-40522

its ruling was based upon discretionary considerations. The district court issued a prompt order which we have now considered in addition to the arguments and briefing of the parties as well as the remainder of the record. We conclude that the district court did not commit reversible error. AFFIRMED.